**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Joseph Christ, *individually and on behalf
of a class of all persons and entities
similarly situated,*                                 :

                                       :      No. 26-cv-2135-JMY

       v.                                        :

                                       :

Planet Roof PA, LLC                                  :

**ORDER**

AND NOW, this 2nd day of April, 2026, it is hereby ORDERED that the Application  for

Admission Pro Hac Vice of Anthony Paronich, Esquire, (ECF No. 04) to practice in this Court

pursuant to Local Rule of Civil Procedure 83.5.2(b) is GRANTED.[1]

BY THE COURT:

    /s/ *John Milton Younge*
Judge John Milton Younge

---

[1]  This Court's Local Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website at: NextGen CM/ECF | Eastern District of Pennsylvania | United States District Court (uscourts.gov)