# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JOSEPH CHRIST, individually and on behalf of a class of all persons and entities similarly situated** | ) |
| | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-CV-02135-JMY |
| | ) |
| | ) |
| **PLANET ROOF PA, LLC** | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Glenn DePretis, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PLANET ROOF PA, LLC in Montgomery County, PA on April 3, 2026 at 2:30 pm at 721 Arbor Way, Ste 140, Blue Bell, PA 19422-1977 by leaving the following documents with Andrew D (Refused Full Last Name) who as Receptionist is authorized by appointment or by law to receive service of process for PLANET ROOF PA, LLC.

SUMMONS IN A CIVIL ACTION
Race: White, Sex: Male, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.1397547067,-75.2854326241
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Montgomery County_____,

___PA____ on ___4/6/2026_____.

/s/ *Glenn DePretis*
_____
Signature
Glenn DePretis
+1 (267) 417-7080



Exhibit 1a)