**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH CHRIST, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>       v.<br><br>PLANET ROOF PA, LLC<br><br>    Defendant. | Civil Action No. 2:26-cv-02135 |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of D. Wesley Meehan on behalf of Defendant PLANET ROOF PA, LLC in the above-captioned matter.

Dated:  April 22, 2026

*/s/ D. Wesley Meehan*
D. Wesley Meehan (327704)
**FOX ROTHSCHILD LLP**
980 Jolly Road, Suite 110
P.O. Box 3001
Blue Bell, PA  19422-3001
(610) 397-6500
(610) 397-0450 (fax)
wmeehan@foxrothschild.com
*Counsel for Defendant Planet Roof PA, LLC*

**CERTIFICATE OF SERVICE**

I, D. Wesley Meehan, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon all counsel of record.

Dated:  April 22, 2026                                       /s/ *D. Wesley Meehan*
                                                             D. Wesley Meehan
                                                             FOX ROTHSCHILD LLP

2