# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH CHRIST, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>PLANET ROOF PA, LLC<br><br>       Defendant. | Case No. 2:26-cv-02135-JMY |

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE RULE 16 CONFERENCE

Plaintiff, Joseph Christ ("Plaintiff"), by and through undersigned counsel, respectfully moves this Honorable Court to continue the Rule 16 Conference currently scheduled for May 20, 2026, and in support thereof states as follows:

1. On April 22, 2026, the Court entered an Order scheduling a Rule 16 Conference for May 20, 2026 at 11:00 a.m. via video.

2. Undersigned counsel for Plaintiff has a previously scheduled international travel commitment during that week and will be unavailable to attend the conference as currently scheduled.

3. Counsel for Plaintiff has conferred with counsel for Defendant regarding this request, and Defendant does not oppose a brief continuance.

4. As such, the Plaintiff respectfully request that the Court reschedule the Rule 16 Conference to a date during the following week, such as May 27 or May 29, 2026, or to another date convenient for the Court.

5.  This request is made in good faith and not for purposes of delay as the parties are working to scheduling their 26(f) conference.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order continuing the Rule 16 Conference currently scheduled for May 20, 2026 to a later date convenient for the Court, and for such other and further relief as the Court deems just and proper.

Plaintiff,
By Counsel,

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

*Attorney for Plaintiff and the Proposed Class*