**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Joseph Christ, *Individually and on behalf of a class of all persons and entities similarly situated,* | : | CIVIL ACTION |
| | : | |
| | : | NO. 26-2135-JMY |
| v. | : | |
| | : | |
| Planted Roof PA, LLC, | | |

### ORDER RESCHEDULING RULE 16 CONFERENCE

**AND NOW**, this 23rd day of April, 2026, it is **ORDERED** that the Fed. R. Civ. P. 16 conference, previously scheduled for May 20, 2026, at 11:00 a.m. is **RESCHEDULED** for **Wednesday, May 27, 2026, at 11:00 a.m.**

Counsel shall appear by **VIDEO** and will be notified by Chambers staff via email of the conference link instructions.  **All other requirements set forth in the original Order scheduling a Rule 16 conference (ECF No. 11) are unchanged.**

BY THE COURT:


 /s/ *John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**