**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH CHRIST, individually and on behalf of all others similarly situated, | Civil Action No. 2:26-cv-02135 |
| Plaintiff(s), | |
| v. | |
| PLANET ROOF PA, LLC | |
| Defendant. | |

**SECOND JOINT STIPULATION TO EXTEND TIME**
**TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 7.4.**

And now come Plaintiff Joseph Christ ("Plaintiff") and Defendant Planet Roof PA, LLC ("Planet Roof"), by and through their undersigned counsel, and file this Second Joint Stipulation to Extend Time to Respond Pursuant to Local Rule 7.4., stating as follows:

1.      On April 1, 2026, Plaintiff commenced the above-captioned proceeding by filing a putative class action Complaint against Planet Roof.

2.      Plaintiff served Planet Roof with the Complaint and Summons on April 3, 2026. On April 22, 2026, the parties entered into a stipulation extending the time to answer or otherwise respond to the Complaint until May 26, 2026.

3.      Planet Roof is still investigating Plaintiff's claims and requires additional time to answer or otherwise respond to the Complaint.

4.      Accordingly, pursuant to Local Rule 7.4., Plaintiff and Planet Roof stipulate to an extension of time until June 9, 2026, for Planet Roof to file its Answer to the Complaint or a motion pursuant to Federal Rule of Civil Procedure 12.

5.      This is the second requested extension of time in this case.

Respectfully submitted,

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com
*Counsel for Plaintiff,*
*Joseph Christ*

Dated: May 22, 2026

/s/ Colin Dougherty
Colin Dougherty
Fox Rothschild LLP
980 Jolly Road, Suite 110
P.O. Box 3001
Blue Bell, PA 19422
Telephone: (610) 397-3908
Email: cdougherty@foxrothschild.com
*Counsel for Defendant,*
*Planet Roof PA, LLC*

**IT IS SO ORDERED:**

_____
HON. JOHN M. YOUNGE

2