**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH CHRIST, *Individually and on Behalf*   :
*of a Class of all Persons and Entities*          :          No.  26-cv-2135-JMY
*Similarly Situated*,                                      :
                                                                   :
                   v.                                           :

PLANET ROOF PA, LLC.,

## ORDER

    **AND NOW**, this 26th day of May, 2026, it is hereby **ORDERED** that the initial pretrial

conference in the above-captioned matter, scheduled for Wednesday, May 27, 2026 at 11:00 A.M.

is **CANCELED until further notice.**

                                           **BY THE COURT:**

                                         /s/ *John Milton Younge*

                                           Judge John Milton Younge