**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Joseph Christ, *Individually and on behalf of a class of all persons and entities similarly situated*, | : : : : | CIVIL ACTION |
| | : | NO. 26-2135-JMY |
| v. | : | |
| Planted Roof PA, LLC, | | |

### <u>ORDER RESCHEDULING RULE 16 CONFERENCE</u>

**AND NOW**, this <u>27th</u> day of May, 2026, it is **ORDERED** that the Fed. R. Civ. P. 16

conference, previously scheduled for May 27, 2026, at 11:00 a.m. is **RESCHEDULED** for

**Tuesday, June 23, 2026, at 11:00 a.m.**

Counsel shall appear by **VIDEO** and will be notified by Chambers staff via email of the

conference link instructions.  **All other requirements set forth in the original Order**

**scheduling a Rule 16 conference (ECF No. 11) are unchanged.**


                              **BY THE COURT:**


                               /s/ *John Milton Younge*
                              **JUDGE JOHN MILTON YOUNGE**