**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH CHRIST, *Individually and on Behalf*  :
*of a Class of all Persons and Entities*   :     No.  2:26-cv-2135-JMY
*Similarly Situated*,                     :
                                          :
              v.                          :

PLANET ROOF PA, LLC.,

## ORDER

**AND NOW**, this 10th day of June, 2026, it is hereby **ORDERED** that the initial pretrial

conference in the above-captioned matter, scheduled for Tuesday, June 23, 2026 at 11:00 A.M. is

**CANCELED until further notice.**

**BY THE COURT:**

/s/ *John Milton Younge*
_____
        Judge John Milton Younge