# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

<table>
<tr><td>

**JOSEPH CHRIST**
**Plaintiff**
**V.**
**PLANET ROOF PA, LLC**
**Defendant, Third-party plaintiff**
**V.**
**QUINNSTREET INC.**
**Third-party defendant**

</td><td>

)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No. 2:26-cv-02135-JMY

</td></tr>
</table>

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to QUINNSTREET INC. in New Castle County, DE on June 12, 2026 at 10:34 am at 251 Little Falls Dr, Wilmington, DE 19808-1674 by leaving the following documents with Pan Haefei who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for QUINNSTREET INC..

THIRD-PARTY COMPLAINT
SUMMONS ON A THIRD-PARTY COMPLAINT
Race: Asian, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.7605083333,-75.6233
Photograph: See Exhibit 1

Total Cost: $120.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Philadelphia County_ ,

_PA_ on _6/15/2026_ .

/s/ *Kimberly Mcmullin*

Signature
Kimberly Mcmullin
+1 (484) 319-1715

Exhibit 1a)




**Exhibit 1b)**

**10:41**  .ıl LTE 77

    

# Today's visit to CSC HQ   Inbox

 **Envoy** 10:38 AM     ...

to me ⌄

| | |
|---|---|
| From | **Envoy** no-reply@envoy.com |
| To | **Kimberly Mcmullin** kimberly.b.mcmullin@gmail.com |
| Date | **Jun 12, 2026 at 10:38 AM** |
| 🔒 | **Standard encryption (TLS)** Learn more |



## Welcome to CSC

We appreciate you visiting CSC HQ today.