**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-----------------------------------------------------------------x

JOSEPH CHRIST, individually and on behalf of a :
Class of all persons and entities similarly situated, :     Case No. 2:26-cv-02135-JMY
:
Plaintiff, :     CIVIL ACTION
:
:
vs. :
:
PLANET ROOF PA, LLC :
:
:
Defendant, Third-party Plaintiff :
:
vs. :
:
QUINSTREET INC. :
:
Third-party Defendant :

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

Kindly enter the appearance of STEVEN W SCHLESINGER, ESQUIRE of the law firm

of KELLEY DRYE & WARREN LLP, on behalf of Third-party Defendant, QUINSTREET

INC., in connection with the above-captioned matter.

**KELLEY DRYE & WARREN LLP**

*/s/ Steven W Schlesinger*
Steven W Schlesinger (Pa. Bar No. 332869)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Fax: (212) 808-7897
sschlesinger@kelleydrye.com

*Attorneys for Third-party Defendant*
*QuinStreet Inc.*