## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------------x

JOSEPH CHRIST, individually and on behalf of a :
Class of all persons and entities similarly situated,   :     Case No. 2:26-cv-02135-JMY
    :
    Plaintiff,     :     CIVIL ACTION
    :
    :
vs.     :
    :
PLANET ROOF PA, LLC     :
    :
    :
    Defendant, Third-party Plaintiff     :
    :
vs.     :
    :
QUINSTREET INC.     :
    :
    Third-party Defendant     :

-----------------------------------------------------------------x

### STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

**IT IS HEREBY STIPULATED AND AGREED**, that Defendant/Third-party Plaintiff Planet Roof PA, LLC (hereinafter, "Planet Roof") and Third-party Defendant QuinStreet Inc. (hereinafter, "QuinStreet"), by and through their respective counsel, hereby stipulate and agree to extend the time for QuinStreet to file a responsive pleading to Planet Roof's Third-party Complaint (ECF 20) by an additional fourteen days, until and including **Monday, July 20, 2026**. In support of this stipulation, the parties state as follows:

1. The current deadline for a responsive pleading by QuinStreet is July 6, 2026, and counsel jointly requests that it be extended to July 20, 2026;

2. This request is QuinStreet's first request for an extension, is made in good faith and not for the purposes of delay, and is agreed upon by counsel for Planet Roof and counsel for QuinStreet;

3.  Nothing contained herein unduly delays proceedings or requires the extension of any

    other deadline set by the Court to date;

4.  The parties consent to the use of electronic signature on this stipulation.


Dated: July 6, 2026                                Respectfully submitted,


**FOX ROTHSCHILD LLP**                    **KELLEY DRYE & WARREN LLP**

*/s/ Colin D. Dougherty*                      */s/ Steven W Schlesinger*

Colin D. Dougherty                            Steven W Schlesinger
D. Wesley Meehan                              James B. Saylor (*pro hac vice* forthcoming)
980 Jolly Road, Suite 110                     3 World Trade Center
Blue Bell, PA 19422-3001                      175 Greenwich Street
Tel: (610) 397-6500                           Tel: (212) 808-7800
Fax: (610) 397-0450                           Fax: (212) 808-7897
cdougherty@foxrothschild.com                  sschlesinger@kelleydrye.com
wmeehan@foxrothschild.com                     jsaylor@kelleydrye.com


*Attorneys for Planet Roof PA, LLC*           *Attorneys for QuinStreet Inc.*


                                              **SO ORDERED** on July \_\_\_\_, 2026


                                                  **BY THE COURT:**


                                              _____
                                              Hon. John Milton Younge

2