**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Joseph Christ, *Individually and on behalf of a class of all persons and entities similarly situated*, | : : : : | CIVIL ACTION |
| | : | NO. 26-2135-JMY |
| v. | : : | |
| Planted Roof PA, LLC, | | |

**ORDER FOR  RULE 16 CONFERENCE (VIDEO)**

**AND NOW**, this 7th day of July, 2026, it is **ORDERED** that a Fed. R. Civ. P. 16 conference with the Court will be held on **Wednesday, August 19, 2026, at 10:00 a.m**.  Counsel shall appear by video and will be notified by Chambers staff via email of the conference link instructions.

**IT IS FURTHER ORDERED** as follows:

1.	The parties shall make the required initial disclosures pursuant to Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2.	The parties shall commence discovery immediately and shall have conducted substantial discovery before the Rule 16 conference.

3.	After consultation with counsel for all parties, counsel shall complete the required **Joint Report of Rule 26(f) Meeting** and file the same with the Clerk of Court at least seven (7) days prior to the Rule 16 conference.  Counsel shall incorporate all the information described in Judge Younge's form Report, which can be found at:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge.

					**BY THE COURT:**


					 /s/ *John Milton Younge*
					**JUDGE JOHN MILTON YOUNGE**