**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JOSEPH CHRIST, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff<br><br>vs.<br><br>PLANET ROOF PA, LLC<br><br>      Defendant. | Case No. 2:26-cv-02135-JMY |

**PLAINTIFF'S MOTION TO MODIFY THE TIME OF THE RULE 16 CONFERENCE**

Plaintiff, Joseph Christ, by and through undersigned counsel, respectfully moves this Court for an Order modifying the time of the Rule 16 Conference currently scheduled for August 19, 2026, and in support thereof states as follows:

1.  By Order entered on July 7, 2026, the Court scheduled a Rule 16 Conference in this matter for August 19, 2026, at 10:00 a.m. via video.

2.  Undersigned counsel has learned that he has a conflicting court appearance in person in Illinois that prevents him from attending the Rule 16 Conference at its presently scheduled time.

3.  Plaintiff respectfully requests that the Court modify only the start time of the Rule 16 Conference to 12:00 p.m. Eastern Time or, if more convenient for the Court, 1:00 p.m. Eastern Time on August 19, 2026.

4.  This request is made in good faith and solely to accommodate counsel's conflicting court appearance. Plaintiff is not seeking to continue the conference to another date if a later time on August 19 is available.

5.  Undersigned counsel has made multiple good-faith efforts to confer with opposing counsel regarding this scheduling request. Counsel first requested that the Rule 16 Conference be moved to a later time on July 23, 2026, followed up on July 29, 2026, and again thereafter. Despite these repeated requests, opposing counsel has not responded regarding whether they consent to modifying the conference time.

6.  Granting this limited request will not prejudice any party, will not affect any existing deadlines, and will permit all counsel to appear at the Rule 16 Conference on the date scheduled by the Court.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order modifying the time of the Rule 16 Conference scheduled for August 19, 2026, from 10:00 a.m. to either 12:00 p.m. Eastern Time or 1:00 p.m. Eastern Time, or to such other later time that day as the Court deems appropriate, together with such other and further relief as the Court deems just and proper.

Plaintiff,
By Counsel,

By: */s/ Anthony Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)

2

BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com


*Attorney for Plaintiff and the Proposed Class*

3