## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Joseph Christ, *Individually and on behalf of a class of all persons and entities similarly situated*,      :
                                             :

                    v.                       :

Planted Roof PA, LLC,

|  |  |
|---|---|
| : | CIVIL ACTION |
| : |  |
| : | NO. 2:26-2135-JMY |
| : |  |
| : |  |

### ORDER RESCHEDULING RULE 16 CONFERENCE

**AND NOW**, this 6th day of August, 2026, it is **ORDERED** that the Fed. R. Civ. P. 16 conference, previously scheduled for Wednesday, August 19, 2026, at 10:00 a.m. is **RESCHEDULED** for **Wednesday, August 19, 2026, at 12:00 p.m.**

Counsel shall appear by **VIDEO** and will be notified by Chambers staff via email of the conference link instructions.  **All other requirements set forth in the original Order scheduling a Rule 16 conference (ECF No. 26) are unchanged.**

                                                **BY THE COURT:**

                                             /s/ John Milton Younge
                                           **JUDGE JOHN MILTON YOUNGE**