**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH CHRIST, *Individually and on Behalf*    :
*of a Class of all Persons and Entities*    :    No.  26-cv-2135-JMY
*Similarly Situated*,    :
                                              :
        v.    :
                                              :
PLANET ROOF PA, LLC.,    :

## ORDER

**AND NOW**, this 6th day of August, 2026, upon consideration of the *Plaintiff's Motion to Continue / Modify the Time of the Rule 16 Conference* (ECF No. 29) and the Notice Rescheduling the Rule 16 Conference entered by the Court (Notice, ECF No. 30), it is hereby **ORDERED** that said Motion to Continue / Modify is **DENIED** as moot because the Rule 16 Conference has been rescheduled at the request of Plaintiff.

   **IT IS SO ORDERED.**

                                       **BY THE COURT:**

                                        /s/ *John Milton Younge*
                                       **JUDGE JOHN MILTON YOUNGE**