IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Joseph Christ, individually and on behalf of a class of all persons and entities similarly situated    :
:
:
:
v.    :
:
Planet Roof PA, LLC    :
:

Case Number: 2:26-cv-02135-JMY

<u>ORDER</u>

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.  The Clerk is DIRECTED to add _____, Esquire as counsel for

_____.  _____ is DIRECTED to request ECF filing access

using their PACER Account[1.]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:26-cv-02135-JMY

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, James B. Saylor the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent QuinStreet Inc. . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| New York | 6/12/13 | 5128699 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Please see attached list | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for QuinStreet Inc.

Name of Attorney: James B. Saylor

Firm Address: 3 World Trade Center, 175 Greenwich Street, New York, NY 10007

Telephone Number: (212) 808-5052

Email Address: jsaylor@kelleydrye.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/6/2026
(Date)

_____
(Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of James B. Saylor _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

Steven W Schlesinger _____       _____       1/25/2023 _____       332869 _____
(Sponsor's Name)                    (Sponsor's Signature)      (Admission Date)                   Attorney ID Number

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

3 World Trade Center, 175 Greenwich Street, New York, NY 10007

sschlesinger@kelleydrye.com

(212) 808-7740

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on 8/6/2026 _____                    _____
              (Date)                                  (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Joseph Christ, individually and on behalf of a  :
class of all persons and entities similarly     :
situated                                     :
          v.                     :
Planet Roof PA, LLC                  :
                                       :

Case Number: 2:26-cv-02135-JMY

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of James B. Saylor ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

_Steven W Schlesinger_ (signature)
(Signature of Attorney)

Steven W Schlesinger
(Name of Attorney)

James B. Saylor
(Name of Moving Party)

8/6/2026
(Date)