**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
----------------------------------------------------------------x
JOSEPH CHRIST, individually and on behalf of a   :
Class of all persons and entities similarly situated,  :   Case No. 2:26-cv-02135-JMY
                                                 :
          Plaintiff,                             :
                                                 :
                                                 :
vs.                                              :
                                                 :
PLANET ROOF PA, LLC                              :
                                                 :
                                                 :
          Defendant, Third-party Plaintiff       :
                                                 :
vs.                                              :
                                                 :
QUINSTREET INC.                                  :
                                                 :
          Third-party Defendant                  :
----------------------------------------------------------------x
```

**CONSENT MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL**

Pursuant to Local Rule 83.5.2, Third-party Defendant QuinStreet Inc. ("QuinStreet"), by and through its undersigned counsel, hereby respectfully moves this Court for leave to appear at the Fed. R. Civ. P. 16 conference on Wednesday, August 19, 2026, without the attendance of local counsel Steven W Schlesinger.  Neither Plaintiff Joseph Christ ("Plaintiff") nor Defendant/Third-party Plaintiff Planet Roof PA, LLC ("Planet Roof") object to this request.  Good cause exists for this relief:

1. The Fed. R. Civ. P. 16 conference is scheduled on Wednesday, August 19, 2026, at 12:00 p.m. EST (ECF No. 30).

2. Attorney Steven W Schlesinger, who is fully admitted to practice in this Court, is unavailable to attend the August 19, 2026 conference because he will be overseas attending

a family event at the time the conference is occurring, in an area with limited internet connection.

3. Attorney James B. Saylor, who is admitted *pro hac vice*, will attend the Fed. R. Civ. P. 16 conference and is fully prepared to discuss the Discovery Plan submitted to the Court (ECF No. 34) as well as address any questions raised by the Court.  Mr. Schlesinger's presence is therefore not necessary for purposes of conducting the conference.

4. Counsel for Plaintiff and counsel for Planet Roof do not object to Mr. Schlesinger's absence at the conference.

Dated:  August 11, 2026        **KELLEY DRYE & WARREN LLP**

*/s/ Steven W Schlesinger*
Steven W Schlesinger
James B. Saylor (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
Fax: (212) 808-7897
sschlesinger@kelleydrye.com
jsaylor@kelleydrye.com

*Attorneys for Third-party Defendant*
*QuinStreet Inc.*

2