**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-----------------------------------------------------------------x
JOSEPH CHRIST, individually and on behalf of a   :
Class of all persons and entities similarly situated,   :    Case No. 2:26-cv-02135-JMY
                                                 :
         Plaintiff,                              :
                                                 :
                                                 :
                                                 :
vs.                                              :
                                                 :
PLANET ROOF PA, LLC                              :
                                                 :
                                                 :
          Defendant, Third-party Plaintiff       :
                                                 :
vs.                                              :
                                                 :
QUINSTREET INC.                                  :
                                                 :
      Third-party Defendant                      :
-----------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on August X, 2026, I electronically filed the foregoing **CONSENT MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Dated:  August 11, 2026                     **KELLEY DRYE & WARREN LLP**

                                            */s/ Steven W Schlesinger*
                                            Steven W Schlesinger