### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------------x
JOSEPH CHRIST, individually and on behalf of a   :
Class of all persons and entities similarly situated,   :     Case No. 2:26-cv-02135-JMY
                                                 :
        Plaintiff,                               :
                                                 :
                                                 :
                                                 :
vs.                                              :
                                                 :
PLANET ROOF PA, LLC                              :
                                                 :
                                                 :
        Defendant, Third-party Plaintiff         :
                                                 :
vs.                                              :
                                                 :
QUINSTREET INC.                                  :
                                                 :
        Third-party Defendant                    :
-----------------------------------------------------------------x
```

### ORDER GRANTING CONSENT MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL

Before the Court is Third-party Defendant QuinStreet Inc.'s Consent Motion for Leave to Appear Without Local Counsel at the forthcoming Fed. R. Civ. P. 16 conference (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be, and hereby is, **GRANTED.**

**IT IS HEREBY ORDERED:**

1.  James B. Saylor, appearing in this action *pro hac vice*, has leave to appear without local counsel at the Fed. R. Civ. P. 16 conference on Wednesday, August 19, 2026.

Signed on this 11th day of August, 2026.

       /s/ John Milton Younge
       **JUDGE JOHN MILTON YOUNGE**