**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Joseph Christ, *Individually and on behalf of a class of all persons and entities similarly situated*, | : | CIVIL ACTION |
| v. | : | NO. 2:26-2135-JMY |
| Planted Roof PA, LLC, | : | |

**ORDER**

**AND NOW**, this 8th day of September, 2026, it is hereby **ORDERED** that the Final Pre-Trial conference in the above-captioned matter, scheduled for Thursday, July 1, 2027 @ 10:00 at is **CANCELED**.

**BY THE COURT:**

/s/ *John Milton Younge*

Judge John Milton Younge