**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH CHRIST,** ***individually and on Behalf of a Class of all Persons and Entities Similarly Situated,*** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 26-cv-02135** |
| **PLANET ROOF PA, LLC,** | : | |
| **Defendant, Third-party Plaintiff,** | : | |
| **v.** | : | |
| **QUINSTREET INC.,** | : | |
| **Third-party Defendant.** | : | |

# ORDER

**AND NOW**, this 29th day of September 2026, upon consideration of the Joint Status Report (ECF No. 42), it is **ORDERED**:

1. The Parties shall meet and confer in an effort to resolve any discovery disputes identified in the Parties' Joint Status Report.

2. If the Parties cannot resolve the dispute among themselves, the Parties must file any motions to compel on the topics identified in their Joint Status Report on or before October 16, 2026. Any opposition must be filed on or before October 23, 2026.

3. Any discovery motions shall conform to Judge Pozos's Policies and Procedures concerning discovery conferences and dispute resolution which can be found at https://www.paed.uscourts.gov/judges-info/district-court-judges/antonio-m-pozos.

/s/ Antonio M. Pozos________
**ANTONIO M. POZOS, J.**