**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH CHRIST, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>PLANET ROOF PA, LLC<br><br>Defendant. | Case No. 2:26-cv-02135 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of ______________, 2026, upon consideration of Plaintiff's Motion to Compel Production of Class-Wide Calling Records, Defendant's response, if any, and the parties' submissions, it is hereby ORDERED that:

1. Plaintiff's Motion to Compel is **GRANTED**.
2. Defendant Planet Roof PA, LLC shall, within fourteen (14) days of the date of this Order, produce all nonprivileged documents and electronically stored information responsive to Plaintiff's First Request for Production No. 8 within its possession, custody, or control, including responsive outbound calling records maintained by SameDay AI Inc. on Defendant's behalf.

DATED: ______________________

______________________________
ANTONIO M. POZOS, J.