**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH CHRIST, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>PLANET ROOF PA, LLC<br><br>Defendant. | Case No. 2:26-cv-02135-JMY |

**STIPULATION TO EXTEND TIME**

It is hereby stipulated and agreed by and between Plaintiff Joseph Christ ("Plaintiff") and Defendant Planet Roof PA, LLC ("Planet Roof"), that Planet Roof's time to oppose Plaintiff's Motion to Compel Production of Class-Wide Calling Records (Dkt. 44) (the "Motion") is extended from October 23, 2026 to November 6, 2026. Good cause for the requested extension exists because the parties have agreed in principle to a settlement that would fully resolve this matter thereby obviating the need for Planet Roof to respond to the Motion. The parties simply need additional time to work through the non-monetary terms of settlement and to draft and sign a settlement and release agreement.

**IT IS SO STIPULATED**, through Counsel of Record.

Date: October 22, 2026

**PARONICH LAW, P.C.**

By: *<u>/s/ Anthony Paronich</u>*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

**FOX ROTHSCHILD LLP**

_*/s/ D. Wesley Meehan*
Colin D. Dougherty
Attorney ID No. 88363
D. Wesley Meehan
Attorney ID No. 327704

(508) 221-1510
anthony@paronichlaw.com

Jeremy C. Jackson (PA Bar No. 321557)
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

Jolly Road Suite 110
Blue Bell, PA 19422
Telephone: (610) 397-6500
Fax: (610) 397-0450
cdougherty@foxrothschild.com
wmeehan@foxrothschild.com
Attorneys for Defendant

**IT IS SO ORDERED** that the foregoing agreement is **APPROVED.**

______________________________
**ANTONIO M. POZOS, J.**

**CERTIFICATE OF SERVICE**

I, D. Wesley Meehan, Esquire, do hereby certify that on this 22nd day of October 2026, a true and correct copy of the foregoing Stipulation to Extend Time was served on all counsel of record via the Court's electronic filing system.

*/s/ D. Wesley Meehan*
D. WESLEY MEEHAN