**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH CHRIST,** ***individually and on Behalf of a Class of all Persons and Entities Similarly Situated,*** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **NO. 26-cv-02135** |
| **PLANET ROOF PA, LLC,** | : | |
| **Defendant, Third-party Plaintiff,** | : | |
| **v.** | : | |
| **QUINSTREET INC.,** | : | |
| **Third-party Defendant.** | : | |

**ORDER**

**AND NOW** this 17th day of November 2026, upon consideration of the Notice of Settlement (ECF No. 48) and following today's Scheduling Conference, it is **HEREBY ORDERED** that within fourteen (14) days of the date of this Order, Plaintiff shall provide definitive notice that the issues between the parties have been settled and that this action can be dismissed with prejudice pursuant to Local Rule 41.1(b). If the parties are unable to file a definitive notice of settlement within fourteen (14) days, any opposition to the pending Motion to Compel (ECF No. 44) shall be filed at that time. Otherwise, all deadlines provided in the Scheduling Order (ECF No. 38) remain in effect and the Court will not grant any further extensions.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**